UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>LORN COATINGS LLC, a Washington Limited Liability Company; CHONA J. LORN, an individual; and THAVY LORN, an individual,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-00022-TL<br><br>ORDER TO SUPPLEMENT |

　　This matter is before the Court *sua sponte*. Plaintiffs have filed a Motion for Default Judgment (Dkt. No. 14). Among other materials, Plaintiffs provided the written trust agreements for only four of the Plaintiff Trusts. *See* Dkt. No. 15-1. However, these agreements do not appear to account for the rates of interest and liquidated damages applicable to each trust and detailed in the account statement. *See* Dkt. No. 15-3). Further, given the passage of time since Plaintiffs filed their motion (through no fault of their own), the calculated prejudgment interest is now significantly out of date.

ORDER TO SUPPLEMENT - 1

Accordingly, Plaintiffs are DIRECTED to file, **within fourteen (14) days** of this Order:

(1) All applicable trust agreements, along with pincites to those agreements that identify the applicable rates of interest and liquidated damages for each trust.

(2) An updated prejudgment interest calculation.

Dated this 30th day of August 2023.

Tana Lin
United States District Judge